Paul T. Fortino, OSB No. 832010
PFortino@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Nathan R. Christensen, OSB No. 093129
NChristensen@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendants
Sopurkh Kaur Khalsa, Peraim Kaur Khalsa, Siri
Karm Kaur Khalsa, Unto Infinity LLC, and Siri
Singh Sahib Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI, RANBIR SINGH BHAI, KAMALJIT KAUR KOHLI, and KULBIR SINGH PURI,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SOPURKH KAUR KHALSA; PERAIM KAUR KHALSA; SIRI RAM KAUR KHALSA; SIRI KARM KAUR KHALSA; KARTAR SINGH KHALSA; KARAM SINGH KHALSA; ROY LAMBERT; UNTO INFINITY, LLC, an Oregon Limited Liability Company; SIRI SINGH SAHIB CORPORATION, an Oregon nonprofit corporation; and DOES 1 through 5,<br><br>　　　　　　　Defendants. | No. 3:10-cv-01532-MO<br><br>CORPORATE DISCLOSURE STATEMENT<br><br>By Defendant Unto Infinity LLC<br>Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1,

Defendant Unto Infinity, LLC ("UI") declares that it is a charitable Oregon limited liability

1- CORPORATE DISCLOSURE STATEMENT

76350-0001/LEGAL21296083.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

company with a principal place of business in Espanola, New Mexico.  The sole member of UI is the Siri Singh Sahib Corporation, an Oregon non-profit religious corporation with its principal place of business in Santa Cruz, New Mexico.

DATED:  July 11, 2011

s/ Thomas R. Johnson, OSB No. 010645
Paul T. Fortino, OSB No. 832010
PFortino@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Nathan R. Christensen, OSB No. 093129
NChristensen@perkinscoie.com
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendants
Sopurkh Kaur Khalsa, Peraim Kaur Khalsa,
Siri Karm Kaur Khalsa, Unto Infinity LLC,
and Siri Singh Sahib Corporation

2-   CORPORATE DISCLOSURE STATEMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

76350-0001/LEGAL21296083.1