IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI; RANBIR SINGH BHAI; KAMALJIT KAUR KOHLI; KULBIR SINGH PURI, <br><br> Plaintiffs, <br><br> v. <br><br> SOPURKH KAUR KHALSA; PERAIM KAUR KHALSA; SIRI RAM KAUR KHALSA; KARTAR SINGH KHALSA; KARAM SINGH KHALSA; SIRI KARM KAUR KHALSA; ROY LAMBERT; SCHWABE, WILLIAMSON & WYATT, an Oregon Professional Corporation; LEWIS M. HOROWITZ; LANE POWELL PC, an Oregon Professional Corporation; UNTO INFINITY, LLC, an Oregon Limited Liability Company; SIRI SINGH SAHIB CORPORATION, an Oregon non-profit corporation; GURUDHAN SINGH KHALSA; GURU HARI SINGH KHALSA; AJEET SINGH KHALSA; EWTC MANAGEMENT, LLC; DOES, 1–5, <br><br> Defendants. | Case No. 3:10-cv-01532-MO <br><br> ORDER OF DISMISSAL AS TO ROY LAMBERT AND SCHWABE, WILLIAMSON & WYATT |

MOSMAN, J.,

Pursuant to the parties' Stipulation [372], the Court hereby DISMISSES WITH PREJUDICE

any and all claims in this case between the plaintiffs and defendants Roy Lambert and Schwabe,

1 - ORDER OF DISMISSAL AS TO ROY LAMBERT AND SCHWABE,WILLIAMSON & WYATT

Williamson & Wyatt PC. Each party shall bear its own attorney's fees, costs and expenses.

DATED this 18 day of January, 2018.

                                                Michael W. Mosman
                                                Chief United States District Judge